# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **ANTOINETTE ANDERSON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 2:03cv1237-D |
| | )                           WO |
| **BULLOCK COUNTY BOARD OF EDUC.,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of the Joint Stipulation of Dismissal, filed by the parties on November 18, 2005 (Doc. No. 33), and for good cause shown, it is ORDERED as follows:

(1) All claims by the plaintiffs whose names are identified in Exhibit "A" to the Joint Stipulation be and the same are hereby DISMISSED with prejudice; and

(2) All claims brought by plaintiffs Eva Cox, Rosa Miller and Eddie Turner be and the same are hereby DISMISSED without prejudice.

DONE this 18th day of November, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE