IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTOINETTE ANDERSON, *et al.*, | : |
| Plaintiffs, | : |
| -vs- | : Case No. CV-2003-D-1237-N |
| BULLOCK COUNTY BOARD OF EDUCATION, *et al.*, | : |
| Defendants. | : |

## NOTICE OF RESOLUTION OF ATTORNEYS' FEE ISSUES

COME NOW the parties, by and through their respective counsel of record, and advise this Honorable Court that they have resolved the issue of attorneys' fees due Plaintiffs' counsel, which was the only unresolved issue remaining in this case. Accordingly, since all the issues involving litigants had previously been resolved and dismissed with prejudice, this case is due to be removed from this Honorable Court's docket.

The undersigned attests that Terry G. Davis has agreed to the foregoing and has authorized me to execute and electronically file this document on his behalf.

DATED THIS the 4th day of January, 2006.

ANTOINETTE ANDERSON, *et al.*, Plaintiffs,

By:  /S/  Terry G. Davis
Terry G. Davis
DAVIS & HATCHER, LLC
4183 Carmichael Road, Suite B
Montgomery, Alabama 36106
(334) 270-0592
(334) 279-0362 - fax
Counsel for Plaintiffs

By:  /S/  Theron Stokes
Theron Stokes
ALABAMA EDUCATION ASSOCIATION
Post Office Box 4177
Montgomery, Alabama 36195
(334) 834-9790
Counsel for Plaintiffs

BULLOCK COUNTY BOARD OF EDUCATION, *et al.*, Defendants,

By:  /S/  James R. Seale
James R. Seale (3617-E-68J)
Elizabeth Brannen Carter (3272-C-38E)
HILL, HILL, CARTER, FRANCO,
  COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 263-5969 - fax
E-mail: jrs@hillhillcarter.com
E-mail: ecarter@hillhillcarter.com
Counsel for Defendants

wwm/6630.0127/f:Notice of Resolution-Attorneys' Fees.wpd